HOWARD M. SHAW v. JAMES C. DAVIS, Director-General of Railroads, as Agent under Section 206, Transportation Act of 1920.— Motion to dismiss appeal

granted, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.